IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
FEB - 7 2008
Michael N. Milby, Clerk of Court

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, § § § | |
| Plaintiff, § § | |
| v. § | CIVIL ACTION NO. H-06-3004 |
| § | |
| BELLAIR CLEANERS, INC., § d/b/a PARK AVENUE CLEANERS, § d/b/a BELLAIR CLEANERS, § d/b/a YOUR VALET, § § | |
| Defendants. § | |

## QUESTION NO. 1

Do you find from a preponderance of the evidence that Maria Ruiz was subjected to sexual harassment?

Answer "yes" or "no": __YES__

Go to Question No. 2.

## QUESTION NO. 2

Do you find from a preponderance of the evidence that other female employees were subjected to sexual harassment?

Answer "yes" or "no": __YES__

If you answered "yes" to Question No. 1 and/or "yes" to Question No. 2, then go to Question No. 3. If you answered "no" to both questions, then do not answer the remaining questions.

## QUESTION NO. 3

Do you find from a preponderance of the evidence that Bellair Cleaners, Inc., Bellair Cleaners, Denville Business, Inc., Deville Cleaners, Park Avenue Cleaners, Heaven Star Enterprises, L.L.C., Heaven Star Enterprises I, L.P., and Anna Naaz, Inc. were an integrated enterprise co-owned and operated by Nazir Ali?

Answer "yes" or "no": __YES__

Go to Question No. 4.

## QUESTION NO. 4

What amount of damages, if any, do you find from a preponderance of the evidence should be awarded to Maria Ruiz for her mental anguish, humiliation, loss of self-esteem, loss of enjoyment of life, and inconvenience?

Answer in dollars and cents, if any.   $ __30,000.00__

Go to Question No. 5.

**QUESTION NO. 5**

Do you find from a preponderance of the evidence that the sexual harassment of Maria Ruiz was done with malice or with reckless indifference to her federally protected rights?

Answer "yes" or "no": __YES__

If you answered "yes" to Question No. 5, answer Question No. 6. Otherwise, go to Question No. 7.

**QUESTION NO. 6**

What amount of punitive damages, if any, do you find from a preponderance of the evidence should be awarded to Maria Ruiz as a result of the sexual harassment?

Answer in dollars and cents, if any:   $ __75,000 00__

Answer Question No. 7 only if you have answered "yes" to Question No. 2.

**QUESTION NO. 7**

Do you find from a preponderance of the evidence that the sexual harassment of other female employees was done with malice or with reckless indifference to their federally protected rights?

Answer "yes" or "no": __YES__

If you answered "yes" to Question No. 7, then answer Question No. 8.

## QUESTION NO. 8

What amount of punitive damages, if any, do you find from a preponderance of the evidence should be awarded to other female employees as a result of the sexual harassment?

Answer in dollars and cents, if any.   $ 5000 00

**Original Signature on File**

_____
JURY FOREPERSON

2/7/08
_____
DATE