IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br> Plaintiff, <br><br> v. <br><br> BELLAIR CLEANERS, INC.; DENVILLE BUSINESS INC.; HEAVEN STAR ENTERPRISES, L.L.C.; HEAVEN STAR ENTERPRISES I, L.P.; ANNA NAAZ, INC. <br> Defendants. | § § § § § § § § § § § § § | CIVIL ACTION NO. 4:06-cv-3004 |

## JUDGMENT

A jury trial having been conducted in the captioned matter from February 5, 2008, through February 7, 2008; and the jury having returned a verdict on February 7, 2008, in favor of Plaintiff, Equal Employment Opportunity Commission ("EEOC"). In accordance with the verdict of the jury and the Court's ruling as a matter of law:

**IT IS ORDERED, DECREED, AND ADJUDGED** as follows:

1. Bellair Cleaners, Inc., Bellair Cleaners, Denville Business, Inc., Deville Cleaners, Park Avenue Cleaners, Heaven Star Enterprises, L.L.C.., Heaven Star EnterprisesI, L.P., and Anna Naaz, Inc. are an integrated enterprise.

2. Bellair Cleaners, Inc. is an employer having fifteen or more employees in 2005 pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e (b).

3. Bellair Cleaners, Inc, is liable for the sexual harassment experienced by Maria Ruiz during her employment in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2.

4. Bellair Cleaners, Inc. is liable for sexual harassment experienced by its other female employees in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2.

5. The jury awarded $30,000 in compensatory damages to Maria Ruiz.

6. The jury awarded $75,000 in punitive damages to Maria Ruiz.

7. The jury's total award of compensatory and punitive damages to Maria Ruiz in the amount of $105,000 is subject to the applicable statutory limit set forth in Title VII, as incorporated from the Civil Rights Act of 1991, 42 U.S.C. § 1981a, and is therefore reduced to $50,000.

8. Therefore, Maria Ruiz shall recover the total sum of $50,000 in damages.

9. The jury awarded $5,000 in punitive damages on behalf of other females employed of Bellair Cleaners, Inc.

10. Therefore, judgment is entered against Bellair Cleaners, Inc, in favor of the Equal Employment Opportunity Commission in the total amount of $55,000, with interest to accrue at the rate of _____% per annum from this day forward until paid.

11. The Court will retain jurisdiction to consider what equitable relief, if any, should be granted.

12. Bellair Cleaners, Inc. shall pay the EEOC its reasonable costs incurred in the prosecution of this matter, as determined by the Clerk of the Court.

This is a FINAL JUDGMENT.

SIGNED and ENTERED on the 29th day of February, 2008.

United States District Judge